JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| DONA GELSINGER, an individual, and GELSINGER LICENSING GROUP, INC., an Oregon Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>WINSOME HOUSE, INC., a California Corporation (d/b/a LUXEN HOME), YANYAN LIN, an individual and DOES 1-10,<br><br>            Defendants. | Case No. 5:20-cv-1964-MWF-SHK<br><br>**ORDER GRANTING STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF PROCEDURE 41(a)** |

1  Based upon the stipulation between the parties and their respective counsel,
2  it is hereby ORDERED that this action is dismissed in its entirety against
3  Defendants Winsome House, Inc. d/b/a Luxen Home and Yanyan Lin <u>with</u>
4  <u>prejudice</u> and is dismissed against DOES 1-10 <u>without prejudice</u>.  Each party will
5  bear its own attorneys' fees and expenses.

7  DATED:  December 15, 2020

   _____
9  MICHAEL W. FITZGERALD
   United States District Judge